IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Alex James Dawson, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:19-cv-50058 |
| v. ) | |
| ) | Magistrate Judge Lisa A. Jensen |
| John V Baldwin et al, ) | |
| ) | |
| *Defendant*. ) | |

## REPORT AND RECOMMENDATION

Telephonic motion hearing on Plaintiff's motion to reinstate the case for enforcement of settlement [167] held on 10/11/2022. In light of defense counsel's representation that the settlement check will be mailed to Plaintiff's counsel on 10/12/2022, Plaintiff agrees to convert his motion [167] into an oral motion to extend the date to dismiss the case with prejudice to 10/25/2022. Accordingly, it is this Court's report and recommendation that Plaintiff's motion be granted, and the parties' stipulation to dismiss this case [163] [164] would be modified to a dismissal without prejudice, to become a dismissal with prejudice on 10/25/2022 without further action of the Court unless before then Plaintiff files a motion to extend that date. Any objection to this report and recommendation must be filed by 10/25/2022. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). Signed by the Honorable Lisa A. Jensen on 10/11/2022.


Date:  10/11/2022         By:  _____
                               Lisa A. Jensen
                               United States Magistrate Judge