**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Alex James Dawson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 CV 50058 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| John V Baldwin, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On 10/11/2022 Judge Jensen entered a Report and Recommendation [171] that the plaintiff's motion to reinstate the case [167] be modified to a motion to extend the deadline for the dismissal of this case to become with prejudice. The original deadline was 10/11/2022, see Dkt. 164, but the plaintiff orally moved to extend it to 10/25/2022. Judge Jensen allowed to 10/25/2022 for any objections, but none were filed. In the absence of any objection, the Court accepts Judge Jensen's Report and Recommendation [171], the plaintiff's motion to reinstate the case as modified [167] is granted, and the deadline for the dismissal of this case to become with prejudice is extended to 10/25/2022. Today being 10/26/2022, the dismissal of this case is now with prejudice. This civil case remains closed.

Date: October 26, 2022

_____
Iain D. Johnston
United States District Judge